**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) No. 06-6058M |
| | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Michelle P. Ware, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Based upon the United States of America's Motion to Continue Identity Hearing and good cause appearing;

IT IS ORDERED continuing the Identity Hearing in the above-captioned matter, presently set for April 20, 2006, until the 21st day of April, 2006 at 10:30 a.m.

DATED this 18th day of April, 2006.

David K. Duncan
United States Magistrate Judge