**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No.   06-06058M |
|---|---|
| Plaintiff, | |
| v. | **O R D E R** |
| Michelle Ware, | |
| Defendant. | |

Upon motion of the defendant and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal furnish Michelle Ware with transportation from Phoenix, Arizona to Midland, Texas to attend Court on Wednesday, May 3, 2006.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant with an amount of money for subsistence expenses not to exceed the amount authorized as a per diem allowance to travel under Title 5 U.S.C. § 5702(a).

/ / /

/ / /

/ / /

1   This order for transportation expenses and subsistence funds is entered
2   pursuant to Title 18 U.S.C. § 4285.
3   DATED this 27th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge